```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION
```

JORGE LUIS PACHECO                                          PLAINTIFF

V.                                  CIVIL ACTION NO.5:14-cv-88-DCB-MTP

CORRECTIONS CORPORATION OF AMERICA                          DEFENDANT

<u>ORDER ADOPTING REPORT AND RECOMMENDATIONS</u>

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 42)**, to which no objections were filed by the Plaintiff. Having carefully reviewed the same, the Court finds that the Plaintiff has failed to allege any policy, custom, or practice that would subject defendant Corrections Corporation of America ("CCA") to liability under 42 U.S.C. § 1983. Furthermore, the record indicates that the Plaintiff was provided with constitutionally adequate medical care, and Plaintiff's disagreement with the medical treatment he received does not amount to a constitutional violation on the part of CCA. Therefore, the Court adopts the Report and Recommendations, and shall grant the Motion for Summary Judgment and dismiss all claims against CCA with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendations **(docket entry 42)** is ADOPTED as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment **(docket entry 40)** is GRANTED.

A Final Judgment dismissing the case with prejudice will follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED, this the 17th day of November, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE
